UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT VAN DEN HEUVEL,<br><br>Defendant. | Case No.  2:21-cv-0371-JAM-JDP (PS)<br><br>SCREENING ORDER<br><br>ECF No. 1<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE BE DISMISSED AS FRIVOLOUS |

    Plaintiff brings this case as an attempt to challenge his adoptive family's estate. ECF No. 1. Plaintiff has had substantially similar lawsuits dismissed as patently frivolous. *See, e.g.*, *Van Den Heuvel v. The Will of Raymond Charles Van Den Heuvel*, 2:20-cv-04039-CJC-KS, Order at ECF No. 7 (June 24, 2020) (dismissing plaintiff's case as frivolous and for lack of jurisdiction because it was his third attempt to file suit in federal court disputing a family estate case); *Van Den Heuvel v. Van Den Heuvel*, 2:20-cv-02087-CJC-KS, Order at ECF No. 6 (March 6, 2020) (dismissing plaintiff's case as patently frivolous because plaintiff attempts to bring a civil rights action against his sibling for failure to effectuate adoption proceedings in 1968). Duplicative lawsuits filed by a plaintiff proceeding in forma pauperis are subject to dismissal as either frivolous or malicious under 28 U.S.C. § 1915(e). *See, e.g.*, *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). This case is duplicative of those cases and equally frivolous; plaintiff cannot bring his decades-old estate dispute to federal court.

Accordingly, it is recommended that plaintiff's case be dismissed with prejudice as frivolous and for failure to state a claim.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Plaintiff may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time may result in the waiver of rights on appeal. *See Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:  October 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE