UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT VAN DEN HEUVEL,<br><br>Defendant. | No. 2:21-cv-0371-JAM-JDP (PS)<br><br><br><br>ORDER |

On October 12, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed October 12, 2021, are **ADOPTED**; and

2. This action is **DISMISSED** with prejudice as frivolous and for failure to state a claim.

Dated: November 22, 2021         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE